



# MEMORANDUM OPINION

No. 04-11-00441-CV

**IN RE** Jaime **LUEVANO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Rebecca Simmons, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  July 13, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On June 24, 2011, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] There is no underlying proceeding in this case. However, relator seeks relief against the 81st Judicial District Court, Wilson County, Texas, the Honorable Donna Rayes presiding, and the 218th Judicial District Court, Wilson County, the Honorable Stella Saxon presiding.